IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiffs,<br><br>  vs.<br><br>VICTOR ALEXANDER RODRIGUEZ DEL GIUDICE, GREGORY LORENZO, BOB RIVERA, and MARINO AVILA,<br><br>       Defendants. | **4:21CR3036**<br><br>**ORDER** |
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>FELIX PENA,<br><br>       Defendant. | **4:21MJ3052**<br><br>**ORDER** |

Victor Alexander Rodriguez Del Giudice has retained Nebraska counsel, and the court has appointed Nebraska counsel for all other defendants named in the above captions.

However, based on the filings before the court, the Southern District of New York held the initial appearance as required under Rule 5(c)(3). As such, the defendants are now transferred to this district. See Rule 5(c)(3)(D). But prior to those hearings, the New York federal court did not request or receive hearing dates from this court and did not provide the defendants with notice of the date and time of their initial appearances before the undersigned magistrate judge in

the District of Nebraska. So, on the record before me, the defendants have not been provided notice of hearing before the undersigned magistrate judge.

Accordingly,

IT IS ORDERED:

1) If they have not already done so, the Nebraska defense counsel retained or appointed to represent the defendants shall <u>immediately</u> contact their respective clients and advise them of the hearing date and time.

2) By 5:00 p.m. today, each defense attorney shall file a certificate of service stating his or her respective client has been advised of the date and time of the hearing.

Dated this 19th day of May, 2021.

BY THE COURT:

<u>s/ Cheryl R. Zwart</u>
United States Magistrate Judge