IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiffs,<br><br>vs.<br><br>VICTOR ALEXANDER RODRIGUEZ DEL GIUDICE,<br><br>              Defendants. | **4:21CR3036**<br><br>**ORDER** |

IT IS ORDERED:

1)   The motion of Thomas Peterson to withdraw as counsel of record for Defendant, (Filing No. 121), is granted.

2)   Defendant's newly retained counsel shall promptly notify Defendant of the entry of this order.

3)   The clerk shall delete Thomas Peterson from any future ECF notifications herein.

Dated this 24th day of August, 2021.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge