IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | **4:21CR3036** |
| vs. | |
| VICTOR ALEXANDER RODRIGUEZ DEL GIUDICE, GREGORY LORENZO, BOB RIVERA, MARINO AVILA, and FELIX PENA, | **ORDER** |
| Defendants. | |

Based on the representations of counsel, the parties are engaged in plea negotiations, which continues to require understanding the government's charges as applied to a complex set of transactions. The court finds it is unreasonable to expect counsel and Defendant to be adequately prepared for trial within the time limits of the Speedy Trial Act, and this case should be excluded from those time limitations so it can be fairly and justly resolved. Accordingly,

IT IS ORDERED:

1) A trial date will not be set at this time. Instead, a status conference will be held before the undersigned magistrate judge at 1:00 p.m. on March 10, 2022 by telephone. All participants shall use the conferencing information provided by the court to participate in the call.

   During the conference, the court will set change of plea hearings not yet calendared or, in the alternative, set the pretrial motion deadline and trial date.

   Counsel for any defendant who has already entered a plea of guilty or scheduled a change of plea hearing prior to the call on March 10

need not participate in the call. Counsel for all other defendants and the government's counsel shall participate.

2) The Court further finds that the time between today's date and March 10, 2022 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because this case is "unusual and complex," and is exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(B)(ii).

Dated this 8th day of February, 2022.

                                      BY THE COURT:

                                      *s/ Cheryl R. Zwart*
                                      United States Magistrate Judge